**Virginia F. STIVER, D.V.M., Animal Care Center of Kansas City, Appellant,**

v.

**MISSOURI VETERINARY MEDICAL BOARD, Respondent.**

**No. WD 46167.**

Missouri Court of Appeals,
Western District.

April 6, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

Joseph R. Borich, II, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Donna Ann Coleman, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and BERREY and HANNA, JJ.

#### ORDER

PER CURIAM.

Appeal from trial court's suspension of veterinarian license. Judgment affirmed. Rule 84.16(b).